COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| | § | No. 08-09-00302-CR |
| IN RE: JAVIER FLORES, JR., | § | |
| | | AN ORIGINAL PROCEEDING |
| Relator. | § | |
| | | IN MANDAMUS |
| | § | |
| | § | |

**<u>MEMORANDUM OPINION ON PETITION FOR WRIT OF MANDAMUS</u>**

Relator, Javier Flores, Jr., seeks a writ of mandamus to compel the El Paso County Sheriff "to immediate [sic] release the relator for [sic] custody with sufficient authority by the issuance of said mandate."

This Court does not have the authority to issue a writ of mandamus the Respondent in this case. *See* TEX.GOV'T CODE ANN. § 22.221(b)(Vernon 2004). Therefore, mandamus relief is denied. We therefore deny Relator's request.

January 20, 2010

DAVID WELLINGTON CHEW, Chief Justice

Before Chew, C.J., McClure, and Rivera, JJ.

(Do Not Publish)